JOHN LENORAK, an Infant, by GOTTFRIED A. METZ, His Guardian ad Litem, Respondent, *v.* JANE E. DUFFY, as Executrix of TERENCE J. DUFFY, Deceased, Appellant.

*Lenorak* v. *Duffy*, 111 App. Div. 921, appeal dismissed.
(Submitted November 26, 1907; decided December 3, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been caused through the negligence of defendant's testator.

*Frank V. Johnson* for appellant.

*Jacob C. Brand* for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.